UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    10/18/2023
```

MARINIX RODRIGUEZ,

                                        Plaintiff,                    23-CV-08071 (VEC) (SN)

                -against-                                             **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff, who is proceeding *pro se*, filed a letter requesting a free attorney. ECF No. 14.

The Court is unable to appoint an attorney because there is no right to a free attorney in civil

cases. But the Court recommends that Plaintiff contact the New York County Lawyers

Association ("NYCLA") Social Security SDNY Project, which can be reached at 212-349-0900.

Additional information on the Project is attached.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:        October 18, 2023
              New York, New York