**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARINIX R.,

                 Plaintiff,                      23 **CIVIL** 8071 (GRJ)

       -v-                                        <u>**JUDGMENT**</u>


MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
----------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision & Order dated October 25, 2024, Plaintiff's Motion for Judgment

on the Pleadings is GRANTED, and this case is remanded for further administrative proceedings

consistent with this Decision and Order. Judgment is hereby entered in favor of the plaintiff and

the case is closed.

**Dated:** New York, New York
       October 28, 2024


                                        **DANIEL ORTIZ**
                           _____
                             **Acting Clerk of Court**

      **BY:**
                          _____
                             **Deputy Clerk**